UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| SARAH ROSSANNA ALDRICH | ) | |
| | ) | |
| V. | ) | NO. 2:12-CV-457 |
| | ) | |
| RURAL HEALTH SERVICES | ) | |
| CONSORTIUM, INC. | ) | |

ORDER

The parties have filed a Joint Motion [Doc. 24] to extend their respective times within which to disclose expert witnesses and to file objections to the testimony of such witnesses under the Federal Rules of Evidence and *Daubert*. With the express understanding that **no other deadlines** in the scheduling order are extended hereby, **or are likely to be extended as a result of the relief allowed in this order,** the Motion is GRANTED. Plaintiff's deadline to disclose any expert testimony in accordance with Rule 26(a)(2) will be July 5, 2013, and the defendant will have until August 15, 2013 to do so. Any objection to an expert witness' qualifications, or that witness' competency to offer an expert opinion, or any objection to an expert's testimony under the Federal Rules of Evidence 701 through 706, and *Daubert*, shall be August 30, 2013.

SO ORDERED:

s/ Dennis H. Inman
United States Magistrate Judge